Ronald J. Dreher
NV Bar No. 15726
DREHER LAW
P.O. Box 6494
Reno, NV 89513
Telephone: (775) 846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

KELLIE SCOTT-OLIVER,

Plaintiff,

vs.

WASHOE COUNTY SCHOOL DISTRICT, and DOES I-X,

Defendants.
_______________________________________/

Case No.: 3:26-cv-612-CLB

**JOINT EARLY NEUTRAL EVALUATION STATUS REPORT**

Pursuant to the Court's Minute Order dated September 28, 2026 (ECF No. 13), the parties hereby submit their Joint Early Neutral Evaluation ("ENE") Status Report and respectfully request that the Pre-ENE Status Conference set for Wednesday December 2, 2026, at 11:30 a.m., be vacated as:

1. The undersigned certify that they have exchanged initial FRCP 26 disclosures; and
2. Plaintiff provided a computation of damages on November 2, 2026.

....

…

…

…

…

…

Respectfully submitted,

| | |
|---|---|
| Dated this 23rd day of November, 2026.<br><br>/s/ *Ronald J. Dreher*<br>Ronald J. Dreher<br>Dreher Law<br>P.O. Box 6494<br>Reno, NV 89513<br>Tel.: (775) 846-9804<br>ron@dreherlaw.net<br>*Attorney for Plaintiff* | Dated this 23rd day of November, 2026.<br><br>/s/ *Cameron Dyer*<br>Cameron Dyer, Esq.<br>Sara K. Montalvo, Esq.<br>Kevin A. Pick, Esq.<br>P.O. Box 30425<br>Reno, NV 89520-3425<br>Tel.: (775) 348-0300<br>cameron.dyer@WashoeSchools.net<br>*Attorneys for Defendant* |

Based on the parties' status report, the pre-ENE status conference set for 12/2/26 is **HEREBY VACATED.**

**IT IS SO ORDERED**

UNITED STATES MAGISTRATE JUDGE

**DATED**: November 23, 2026