Cameron Dyer, Esq., Nev. Bar No. 14364
cameron.dyer@washoeschools.net
Sara K. Montalvo, Esq., Nev. Bar No. 11899
sara.montalvo@washoeschools.net
Kevin A. Pick, Esq., Nev. Bar No. 11683
kevin.pick@washoeschools.net
WASHOE COUNTY SCHOOL DISTRICT
P.O. Box 30425
Reno, NV 89520-3425
Telephone: 775-348-0300
Fax: 775-333-6010
Attorneys for Defendant Washoe County School District

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

KELLIE SCOTT-OLIVER,

Plaintiff,

vs.

WASHOE COUNTY SCHOOL DISTRICT, and DOES I-X,

Defendants.
_______________________________/

CASE NO.: 3:26-cv-00612-CLB

**ORDER APPROVING STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION**

**(FIRST REQUEST)**

Plaintiff Kellie Scott-Oliver and Defendant Washoe County School District (WCSD), together referred to as Parties, by and through their respective counsel of record, hereby stipulate and agree pursuant to Civil Local Rules (LR) IA 6-1, 6-2, and 7-1 as follows:

1. Plaintiff filed her initial Complaint on August 10, 2026. (ECF No. 1)

2. On September 28, 2026, the Court scheduled an Early Neutral Evaluation (ENE) for December 4, 2026. (ECF No. 12)

3. Plaintiff filed her First Amended Complaint (FAC) on October 9, 2026. (ECF No. 16)

///

4. WCSD filed its Motion to Dismiss the FAC (Motion) on October 23, 2026. (ECF No. 18)

5. The Parties filed a joint case management report (JCMR) on October 27, 2026. (ECF No. 19)

6. The Court approved the JCMR on October 28, 2026. (ECF No. 20)

7. The Parties filed and the Court approved a Joint ENE Status Report on November 23, 2026. (ECF Nos. 25 and 26)

8. The WCSD's Motion has been fully briefed and submitted to the Court for its consideration

9. The WCSD has made an offer of judgment that was not accepted by the Plaintiff.10. For efficiency and in order to preserve resources of the Parties, the Parties stipulate and agree that it is in their mutual best interests to await the Court's ruling on the pending Motion prior to engaging in an ENE as it does not appear that settlement will be possible at this time.

10. For the reasons set forth above, the Parties stipulate to vacate the December 4, 2026, Early Neutral Evaluation and continue its resetting until after the Court renders a decision on the pending Motion.

11. This Stipulation is made in good faith and is not for the purposes of delay.

///

///

///

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

12. This is the Parties' first request to continue the Early Neutral Evaluation.

**IT IS SO STIPULATED.**

DATED this 25th day of November, 2026.

**RON J. DREHER, ESQ.**

By: _/s/ Ron J. Dreher_
Ron J. Dreher, Esq.
P.O. Box 6494
Reno, Nevada 89513
Tel.: (775) 846-9804
ron@dreherlaw.net
*Attorney for Plaintiff*

DATED this 25th day of November, 2026.

**WASHOE COUNTY SCHOOL DISTRICT**
**OFFICE OF THE GENERAL COUNSEL**

By: _/s/Cameron Dyer, Esq._
Cameron Dyer, Esq.
cameron.dyer@washoeschools.net
Sara K. Montalvo, Esq.
sara.montalvo@washoeschools.net
Kevin A. Pick, Esq.
kevin.pick@washoeschools.net
P.O. Box 30425
Reno, NV 89520
*Attorneys for Defendant*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: November 25, 2026

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010